IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 104.48.107.192

**ISP:** AT&T U-verse
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 07/30/2018 04:00:21 | D83746F69B1881ABCB88FDC0424C05F71F908A48 | Moving Day Sex |
| 05/02/2016 01:02:33 | 80D251FABDFE4585268B334FEAF020147F036D7F | Inside Caprice |
| 05/01/2016 22:59:37 | 9F799FEB6971E7EA8348F9A8A28DA95EC42DBC02 | Four Ways |
| 05/01/2016 22:36:11 | B505EAAEFD4A782C8AEB7D38F292D52EE40B7FC7 | Four Way In 4K |
| 05/01/2016 22:31:19 | 311FC1754315324ABD3FF2E50D5683275A04031F | In Love With Little Caprice |
| 05/01/2016 22:29:39 | 8915726206367723843357A37F7E1FE1CA10BA6E | Luckiest Man Alive |
| 04/22/2016 01:23:26 | 08BBF2BBEAB1CE81269C20B156E0AB6597C1804B | Perfectly Taylored |
| 01/30/2016 04:18:57 | 83EA991FC2B04E18FAC2925FA059AD62D569F546 | Sweet Sensations |
| 12/05/2015 04:31:41 | E46F91CEB92F537915B57593C976995AD9BFE763 | Hot Winter Fox |
| 11/18/2015 06:42:30 | 677D84C33AF1CE1110A8F7F5ECD987CF293FEF12 | Rock Me Baby |
| 11/14/2015 19:56:19 | 07A703FD50707C52D9C210903BC014A12DEC99DF | Freckle Faced Fox |
| 10/29/2015 23:07:53 | 18080CDD52BBD6ADABBCC605965E7DCD4145E96E | A Night In Vegas |

**Total Statutory Claims Against Defendant: 12**

EXHIBIT A

STX198